## RECONSIDERATION DOCKET

**95–2110.** State ex rel. Robinson v. Cuyahoga Cty. Court of Common Pleas. *Cuyahoga County,* No. 69476. Reported at 75 Ohio St.3d 431, 662 N.E.2d 798. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–2467.** Foster Wheeler Enviresponse, Inc. v. Franklin Cty. Convention Facilities Auth. *Franklin County,* No. 95APE04–401. Reported at 75 Ohio St.3d 1451, 663 N.E.2d 332. On motion for reconsideration. Motion granted; *sua sponte,* discretionary appeal allowed.

RESNICK, PFEIFER and COOK, JJ., dissent.

**95–2643.** State v. Hodges. *Seneca County,* No. 13–95–16. Reported at 75 Ohio St.3d 1449, 663 N.E.2d 330. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**95–2651.** State v. Martinez. *Lucas County,* No. L–95–009. Reported at 75 Ohio St.3d 1449, 663 N.E.2d 330. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**96–114.** Elach v. Marion Cty. Bd. of Commrs. *Marion County,* No. 9–95–28. Reported at 75 Ohio St.3d 1452, 663 N.E.2d 332. On motion for reconsideration. Motion denied.

**96–117.** In re Vaughn. *Franklin County,* No. 95APE05–645. Reported at 75 Ohio St.3d 1449, 663 N.E.2d 330. On motion for reconsideration. Motion denied.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**96–319.** State ex rel. Neal v. Ohio Adult Parole Auth. In Mandamus. Reported at 75 Ohio St.3d 1447, 663 N.E.2d 329. On motion for reconsideration. Motion denied.

**96–589.** State ex rel. Guess v. Judges. In Mandamus. Reported at 75 Ohio St.3d 1448, 663 N.E.2d 329. On motion for reconsideration. Motion denied.

**96–590.** State ex rel. Guess v. Judges. In Mandamus and Procedendo. Reported at 75 Ohio St.3d 1448, 663 N.E.2d 329. On motion for reconsideration. Motion denied.

**96–622.** Lawson v. Fed. Correctional Inst., Inc. In Habeas Corpus. Reported at 75 Ohio St.3d 1448, 663 N.E.2d 329. On motion for reconsideration. Motion denied.

## DISCIPLINARY DOCKET

In Re:

| | | |
|---|---|---|
| DISCIPLINARY COUNSEL | : | No. 96–283 |
| RELATOR, | : | |
| V. | : | |
| DEBORAH P. O'NEILL | : | |
| RESPONDENT. | : | **SECOND PRE–TRIAL ORDER** |